# In The United States Court of Federal Claims

No. 13-130C

(Filed: April 10, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

                Plaintiffs,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 9, 2013, defendant filed an unopposed motion for an enlargement of time in which to file a response to plaintiffs' complaint.  The motion is hereby **GRANTED**.  On or before May 22, 2013, defendant shall file its response.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge