# In The United States Court of Federal Claims

No. 13-130C

(Filed: July 18, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

                Plaintiffs,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Thursday, August 1, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge