# In The United States Court of Federal Claims

No. 13-130C

(Filed: September 10, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Friday, September 20, 2013 at 2:00 p.m. (EDT) to discuss the parties' proposed notice to potential party plaintiffs, which was submitted to the court in a joint status report filed on September 3, 2013.  The parties shall be prepared to discuss paragraph seven of the proposed notice.  Specifically, the parties shall be prepared to discuss the statements in paragraph seven relating to the effect of a settlement and the court's approval of any settlement.

      Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge