# In The United States Court of Federal Claims

No. 13-130C

(Filed: September 16, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

         Plaintiffs,

  v.

THE UNITED STATES,

         Defendant.

_____

**ORDER**

_____

A telephonic status conference that was originally scheduled for, September 20, 2013, has been rescheduled to September 19, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge