# In The United States Court of Federal Claims

No. 13-130C

(Filed: September 19, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 19, 2013, a status conference was held in this case. Participating in the conference were David Kern, for plaintiffs, and Scott Slater, for defendant. Pursuant to discussions during the conference, on or before October 2, 2013, the parties shall file a revised version of the proposed notice to prospective class members.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge