# In The United States Court of Federal Claims

No. 13-130C

(Filed: October 18, 2013)

_____

MANUEL ALMANZA, et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 17, 2013, the parties filed a notice requesting that the court reset current pending deadlines in this case. Accordingly, on or before October 24, 2013, defendant shall file its reply to plaintiff's response to defendant's motion to dismiss or, in the alternative, to transfer these claims.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge