# In The United States Court of Federal Claims

No. 13-130C

(Filed: October 23, 2013)

_____

MANUEL ALMANZA , et al., AND
OTHER SIMILARLY SITUATED
PERSONS,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 17, 2013, the parties filed a revised version of a proposed notice to potential party plaintiffs. In the court's view, the last sentence of paragraph seven of the proposed notice is inaccurate. The parties shall strike that sentence from the proposed notice. With that revision, the parties are authorized to disseminate the notice to potential party plaintiffs consistent with the mechanism and timing specified in the parties' September 3, 2013, joint status report.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge